GARY M. RESTAINO
United States Attorney
District of Arizona
CARIN C. DURYEE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Carin.Duryee@usdoj.gov
Attorneys for Plaintiff

FILED

2022 AUG 31   PM 5:31

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR22-01909 TUC-RM(JR)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

  Plaintiff,

vs.

Robert Sterling Tippetts, III,

  Defendant.

**INDICTMENT**

Violations:
18 U.S.C. § 2252A(a)(5)(B) and (b)(2)
(Possession of Child Pornography

VICTIM CASE

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

**POSSESSION OF CHILD PORNOGRAPHY**

Between on or about February 4, 2017 and January 30, 2019, in the District of Arizona, ROBERT STERLING TIPPETTS, III, did knowingly possess child pornography, that is, visual depictions, the production of which involved the use of minors, including pre-pubescent minors, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, and which was produced using materials which had been mailed and shipped and transported in interstate and foreign commerce; that is, ROBERT STERLING TIPPETTS, III knowingly possessed within his Google Drive account files which

/ /

contained child pornography videos and images, including, but not limited to, the following files:

"38 sex 1.2 mb.mp4"
"069aab45-b469-4d89-8672-6567df91d2f3.jpg"
"41623ee9-b3fe-4113-85ac-a4ac92e3aa04.jpg"
"836aa114-3c99-4518-8dcd-d51b3014b284.jpg"
"a031f8c8-804e-4ac9-9d32-97b776d7c1a3.jpg"
"f2ae40eb-fcc9-4dca-b1c4-05a01e2b7282.jpg"
"109.jpg"
"dcdec7d4-2cf1-43c4-88e5-4abb24f37ca8.jpg"
"e26c1109-aac6-444d-ad91-f234ddc3867e.jpg" and
"244bdd52-bf31-45c7-88ec-fd35b0a9ff20.jpg"

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: August 31, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/

CARIN C. DURYEE
Assistant U.S. Attorney